

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT VALDOSTA, GEORGIA

## MINUTE SHEET

| | |
|---|---|
| Date:   October 29, 2025 | Motions |
| Judge:  Leslie Abrams Gardner | Court Reporter:   Lisa Snyder |
| Courtroom Deputy:  Marcia Alvarez Benavidez | Law Clerk: Emani Brown |

Case Number:   7:25-cr-20-LAG

| | |
|---|---|
| United States of America | Counsel:  Sonja Profit |
| V | |
| Charvez Thompson | Counsel: Michael Simpkins |

***DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.***

Time in Court: 1 hs 9 mins.

2:32 pm – Convene.
2:43 pm – Dft. calls 1st witness, Eric Phillips.
2:47 pm – Cross.
2:52 pm – Witness excused. Dft. Exhibit 1 is admitted.
2:58 pm – Govt. calls 1st witness, David Fawcett.
3:14 pm – Cross.
3:23 pm – Witness excused. Dft. Arguments.
3:28 pm – Government's arguments. Judge ruling.
3:41 pm – Adjourned.